

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| U.S. Specialty Insurance Company, a Texas corporation **Plaintiff,** | | Civil Action No. 20-cv-01009-JM-BLM |
| **V.** | | |
| Hard Rock Tile & Stone, a Sole Proprietorship; Does 1-100; Primestate Insurance Agency, Inc., dba Western United Commercial Services **Defendants.** | | **JUDGMENT IN A CIVIL CASE** |
| **See Attached** | | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered in favor of U.S. Specialty Insurance Company on rescission cause of action.

Date:   9/21/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ S. Tweedle

S. Tweedle, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>20-cv-01009-JM-BLM</u>

Hard Rock Tile & Stone, a Sole Proprietorship
    Counter-Claimant

v.

U.S. Specialty Insurance Company, a Texas corporation
    Counter-Defendant


Hard Rock Tile & Stone, a Sole Proprietorship
    Third-Party Plaintiff

v.

Primestate Insurance Agency, dba Western United Commercial Insurance Services
    Third-Party Defendant


Primestate Insurance Agency, Inc., dba Western United Commercial Services;
Primestate Insurance Agency, dba Western United Commercial Insurance Services
    Counter-Claimants

v.

U.S. Specialty Insurance Company, a Texas corporation
    Counter-Defendant