Brandt L. Wolkin, Esq. SBN 112220
Catharine M. Tolson, Esq. SBN 271223
WOLKIN · CURRAN, LLP
111 Maiden Lane, Sixth Floor
San Francisco, California 94108
Telephone:   (415) 982-9390
Facsimile:    (415) 982-4328
bwolkin@wolkincurran.com
ctolson@wolkincurran.com

Attorneys for plaintiff and cross-defendant
U.S. SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HARD ROCK TILE & STONE, a Sole Proprietorship, and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No. 3:20-cv-1009-JM-BLM<br><br>**U.S. SPECIALTY INSURANCE COMPANY'S NOTICE OF SETTLEMENT WITH HARD ROCK TILE & STONE; AND WITHDRAWAL OF BILL OF COSTS** |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE THAT plaintiff and cross-defendant U. S. SPECIALTY INSURANCE COMPANY and defendant, counter-claimant and third party plaintiff HARD ROCK TILE & STONE (collectively, the "Parties"), by and through their respective counsel of record, have agreed to a settlement of this matter.

U. S. SPECIALTY INSURANCE COMPANY, by this Notice, withdraws its Bill of Costs, set for hearing before the Clerk of this Court on October 19, 2021 at 10:00 a.m.

///

1  U. S. SPECIALTY INSURANCE COMPANY requests that the Court vacate the
2  hearing on its Bill of Costs, and all related scheduled dates in this matter.

3  Dated: October 12, 2021                                    WOLKIN • CURRAN, LLP

*/s/ Catharine M. Tolson*

By: _____
Brandt L. Wolkin
Catharine M. Tolson

Attorneys for Plaintiff,
U.S. SPECIALTY
INSURANCE COMPANY